IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORDELL E. MARTIN,<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>FATHER FLANAGAN'S BOYS' HOME,<br><br><br>Defendant. | **8:22CV371**<br><br><br>**FOURTH AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the final progression order is as follows:

1)   The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings shall be continued and will now be held with the undersigned magistrate judge on **April 3, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 54).

2)   Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 1, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 30, 2025.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

       b.  Depositions will be limited by Rule 30(d)(1).

4)     The deadline for filing motions to dismiss and motions for summary judgment is June 16, 2025.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 1, 2025.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge