IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORDELL E. MARTIN, | |
| Plaintiff, | **8:22CV371** |
| vs. | |
| FATHER FLANAGAN'S BOYS' HOME, | **ORDER** |
| Defendant. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1.  On or before June 11, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge